AO 450 (Rev. 5/85)

# United States District Court

EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| MS. BARBARA MACKLIN,<br>      Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE, Commissioner of<br>Social Security<br>      Defendant. | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:08-CV-466-D** |

**Decision by Court.**

    IT IS ORDERED AND ADJUDGED that the court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and § 1383(c)(3) with a remand of the cause to the Commissioner for further proceedings.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **May 14, 2009**, AND A COPY MAILED TO:

Elizabeth F. Lunn  
P.O. Box 10629  
Raleigh, NC 27605  

Mark J. Goldenberg  
6401 Security Boulevard  
Altmeyer Bldg.  
Baltimore, MD 21235

*May 14, 2009*  
Date

**DENNIS IAVARONE**  
Clerk

/s/ Susan K. Edwards  
(By) Deputy Clerk

Wilmington, North Carolina